I respectfully dissent. I would not speculate on the intention of the jury. In my opinion, this is an inconsistent verdict. See Clements v. Lanley Heat Processing Equipment,548 So.2d 1345 (Ala. 1989); Moore v. Clark, 548 So.2d 1352
(Ala. 1989); and Maring-Crawford Motor Co. v. Smith, 285 Ala. 477, 233 So.2d 484 (1970). See, also, Wood v. Holiday Inns,Inc., 369 F. Supp. 82, 91 (M.D. Ala. 1974), affirmed in part,reversed in part, 508 F.2d 167 (5th Cir. 1975), where the court, interpreting Alabama law, stated that "an award of punitive damages will not be sustained where no compensatory or nominal damages are assessed against the defendant." (Citations omitted.)
I would reverse and remand.
JONES and KENNEDY, JJ., concur.